# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF ARKANSAS
## FORT SMITH DIVISION

DIANA R. TOWNSEND                                                                           PLAINTIFF

v.                                     CASE NO.  2:19-CV-2098

ANDREW M. SAUL, Commissioner,
Social Security Administration                                                   DEFENDANT

## **JUDGMENT**

Pursuant to the Order entered in this case on this date, IT IS CONSIDERED, ORDERED, and ADJUDGED that the decision of the Administrative Law Judge is REVERSED, and this case is REMANDED to the Commissioner for further consideration pursuant to sentence four of 42 U.S.C. § 405(g).

**IT IS SO ORDERED** this July 21, 2020.

*/s/ P. K. Holmes* III
    P. K. HOLMES III
    U.S. DISTRICT JUDGE